BETH LANG
1955 W. GRANT RD. #125
TUCSON, AZ  85745
520-884-1880
CHAPTER 7 TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LANDEROS, AMANDA | ) | Case No. 09-13374-TUC-JMM |
| LANDEROS, ARMANDO | ) | |
| | ) | **OBJECTION TO MOTION TO** |
| | ) | **LIFT THE AUTOMATIC STAY** |
| Debtor. | ) | |

Beth Lang, the duly appointed and qualified trustee herein, hereby objects to Movant's *Motion to Lift the Automatic Stay* filed by BAC Home Loans Servicing, L.P., for the following reason: Movant has failed to supply the documents necessary to establish a valid, perfected secured interest in the subject property. Movant has attached as an exhibit a copy of the Deed of Trust dated February 9, 2007. There is no documentation that the Deed of Trust was properly recorded with the Pima County Recorder.

WHEREFORE, Trustee respectfully urges the Court to deny the Motion unless and until Movant has supplied to Trustee and filed with the Court the appropriate documentation to address the foregoing issues.

| | |
|---|---|
| October 7, 2009 | /s/  Beth Lang |
| Date | Beth Lang, Trustee |

Copy of the foregoing served by first
class mail on October 29, 2008, upon:

MARK BOSCO
TIFFANY & BOSCO
2525 E CAMELBACK RD STE 300
PHOENIX AZ 85016
Attorney for Movant