DIANNE CRANDELL KERNS, ESQ.
Office of Chapter 13 Trustee
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741-2305
Telephone (520)544-9094
Fax (520)544-7894

# United States Bankruptcy Court

## District Of Arizona

| | |
|---|---|
| In re: | |
| AMANDA LANDEROS | |
| ARMANDO LANDEROS | Case No. 09-13374-TUC-JMM |
| Debtors | Chapter 13 |
| Last four digits of Social Security No(s).: 5430 5598 | |

**ORDER APPROVING TRUSTEE'S APPLICATION FOR EXPENSES AND FEES, DISTRIBUTION OF FUNDS FOR COSTS AND ADEQUATE PROTECTION PAYMENTS IN A DISMISSED OR CONVERTED PRE-CONFIRMED CASE**

Upon Application of Dianne C. Kerns who served as the Chapter 13 Trustee prior to the dismissal or conversion in the above-captioned case, for her approval to pay Court costs, adequate protection payments, and trustee expenses and fees for the above-captioned converted or dismissed case and good cause appearing,

IT IS ORDERED that interest of $0.00 to be credited to the Debtors' account and the following to be disbursed:

| | | | |
|---|---|---|---|
| 1. | Court costs in the sum of | $ | 0.00 |
| 2. | Trustee fee of | $ | 279.15 ($128.04 PAID) |
| 3. | Attorney fees of | $ | 0.00 |
| 4. | Ongoing Mortgage Payments of | | $1359.99 (PAID) |
| 5. | Turned over to Debtor(s)* | | $1024.28 |
| | TOTAL | | $2663.42 |

DATED:

_____
U. S. BANKRUPTCY JUDGE

*or turned over to the Debtor(s)' attorney if the attorney has obtained Court approval of the payment of administrative expenses; or to any taxing agency in the event a levy has been placed on the Debtor(s)' property; or in the event the Debtor(s) file a new Chapter 13 prior to the disbursement of the funds on hand the funds will be applied to the new case as supplemental plan funding.